③

FILED

JUL 1 5 2005

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re                                    )    Case No. 05-20678-C-7
                                         )
WILLIAM P. CAMPBELL and                  )    MC No. RLE-1
MARGENE T. CAMPBELL,                     )
                                         )
              Debtors.                   )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**
**ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

These findings of fact and conclusions of law are rendered in this contested matter pursuant to Federal Rule of Civil Procedure 52 as incorporated by Federal Rules of Bankruptcy Procedure 7052 and 9014.

## Jurisdiction

Jurisdiction is founded upon 28 U.S.C. § 1334.  This is a core proceeding.  28 U.S.C. § 157(b)(2)(G).

## Findings of Fact

Debtors filed their voluntary chapter 7 petition on January 21, 2005.  They scheduled a 1999 Toyota Avalon vehicle ("vehicle") as property of the estate.  The vehicle was scheduled as exempt.  The court observes that debtors were discharged from all dischargeable debts on January 21, 2005.

On June 14, 2005, Toyota Motor Credit Corporation ("movant") filed a motion, notice, and declaration requesting that this court terminate the automatic stay to permit movant to repossess the vehicle.

A hearing was scheduled for July 12, 2005 at 9:30 a.m. No opposition to the motion was filed. Upon review of the record, the court determined that the written record was adequate and that no oral argument is necessary.

Conclusions of Law

The automatic stay of acts against debtor <u>in personam</u> and of acts against property other than property of the estate will terminate when an individual in a case under chapter 7 is granted a discharge. 11 U.S.C. § 362(c)(2)(C).

In this instance, debtors received a discharge on April 21, 2005. As a consequence, the motion is moot as to the debtors and shall be denied.

Because the trustee filed no opposition to the motion, the motion will be granted as to the trustee.

Accordingly, an appropriate order will issue.

Dated: July 15, 2005

_____

UNITED STATES BANKRUPTCY JUDGE

**CERTIFICATE OF SERVICE**

On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

William Campbell
9944 Villa Granito Lane
Granite Bay, CA 95746

Gary Fraley
2862 Arden Way #205
Sacramento, CA 95825

Frederick Lucksinger
P.O. Box 2460
Rocklin, CA 95677

Toyota Motor Credit Corporation
5776 Stoneridge Mall Road #360
Pleasanton, CA 94588

Office of the United States Trustee
United States Courthouse
501 "I" Street, Suite 7-500
Sacramento, CA  95814

Dated:  JUL 1 5 2005

_____
Deputy Clerk